UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:24-cv-00264-KDB

| ZEBULON JAMES SPURLOCK, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

On December 17, 2024, pro se Petitioner Zebulon James Spurlock ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. [Doc. 1]. Petitioner, however, failed to pay the filing fee or file a motion to proceed in forma pauperis (IFP). On December 18, 2024, the Clerk entered a Notice of Deficiency requiring Petitioner to pay the filing fee or apply to proceed IFP within 21 days of the Clerk's Order. [Doc. 2]. The Clerk advised Petitioner that the failure to do so may result in the dismissal of this action without prejudice for failure to prosecute. [Id.].

More than 21 days have passed, and Plaintiff has not complied with the Clerk's Order. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

The Clerk is instructed to terminate this action.

Signed: January 21, 2025

Kenneth D. Bell
United States District Judge