# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Zebulon James Spurlock,<br><br>Petitioner<br><br>vs.<br><br>USA,<br><br>Respondent. | JUDGMENT IN CASE<br><br>5:24-cv-00264-KDB |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2025 Order.

Signed: January 21, 2025

Katherine Hord Simon, Clerk
United States District Court